# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———
(302) 658-9200
(302) 658-3989 FAX

**MICHAEL J. FLYNN**
(302) 351-9661
(302) 498-6217 FAX
mflynn@mnat.com

May 22, 2017

The Honorable Gregory M. Sleet    *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:  *f'real Foods, LLC v. Hamilton Beach Brands, Inc., et al.*,
      C.A. No. 16-41 (GMS)

Dear Judge Sleet:

Consistent with the Court's May 10, 2017 Order, attached is an amended proposed Scheduling Order for the Court's consideration.

Respectfully,

*/s/ Michael Flynn*

Michael Flynn (# 5333)

MJF/rah

cc:   Clerk of Court (via hand delivery)
      All counsel of record (via electronic mail)