# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and RICH PRODUCTS CORPORATION,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HAMILTON BEACH BRANDS, INC. and HERSHEY CREAMERY COMPANY,<br><br>　　　　　Defendants. | C.A. No. 16-41-CFC<br>CONSOLIDATED |

## DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF
## DR. MICHAEL P. AKEMANN AND DANIEL MAYNES, Ph.D.

Defendants Hamilton Beach Brands, Inc. ("HBB") and Hershey Creamery Company ("Hershey") (collectively, "Defendants") respectfully move this Court for an order, substantially in the form attached hereto, for exclusion of the testimony of Dr. Michael P. Akemann and Daniel Maynes, Ph.D.  The grounds for this motion are set forth in the Opening Brief and the supporting papers filed herewith.

Dated:  December 14, 2018

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@dbr.com
thatcher.rahmeier@dbr.com

*Of Counsel*:

William S. Foster, Jr.
Kenneth M. Vorrasi
Brianna L. Silverstein
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 842-8800
william.foster@dbr.com
kenneth.vorrasi@dbr.com
brianna.silverstein@dbr.com

*Counsel for Defendants*

## STATEMENT OF COMPLIANCE WITH RULE 7.1.1

The undersigned avers that a reasonable effort has been made to reach agreement with Plaintiffs f'real Foods, LLC and Rich Products Corporation on the matters set forth in DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. MICHAEL P. AKEMANN AND DANIEL MAYNES, Ph.D., including a telephonic meet and confer held on December 11, 2018, attended by Delaware counsel for the moving and opposing parties.

Dated: December 14, 2018

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@dbr.com

*Counsel for Defendants*