# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and RICH PRODUCTS CORPORATION, <br><br>     Plaintiffs, <br><br>   v. <br><br>HAMILTON BEACH BRANDS, INC. and HERSHEY CREAMERY COMPANY, <br><br>     Defendants. | C.A. No. 16-41-CFC <br> CONSOLIDATED |

## [PROPOSED] ORDER

WHEREAS, defendants Hamilton Beach Brands, Inc. ("HBB") and Hershey Creamery Company ("Hershey") (collectively, "Defendants") having moved the Court for exclusion of the testimony of Dr. Michael P. Akemann and Daniel Maynes, Ph.D.;

WHEREAS, the Court having considered the Motion and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2019, that the Motion is GRANTED.

                  _____
                  The Honorable Colm F. Connolly
                  United States District Judge