# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and RICH PRODUCTS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> HAMILTON BEACH BRANDS, INC. and HERSHEY CREAMERY COMPANY <br><br> Defendants. | C.A. No. 16-41-CFC <br><br> CONSOLIDATED <br><br> ▇▇▇▇▇▇▇▇ |

## DECLARATION OF BRIANNA LYNN SILVERSTEIN IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF DR. MICHAEL P. AKEMANN AND DANIEL MAYNES, Ph.D (D.I. 174)

I, Brianna Lynn Silverstein, declare:

1. I am an attorney with the law firm of Drinker Biddle & Reath LLP, counsel for defendants Hamilton Beach Brands, Inc. and Hershey Creamery Company (collectively "Defendants") in the above-captioned action. I am over 18 years of age and have personal knowledge of the matters set forth herein. I am admitted to practice in the Commonwealth of Virginia and the District of Columbia, and before this Court pro hac vice. I submit this declaration in support of Defendants' Reply Brief in Support of Defendants' Motion to Exclude Testimony of Dr. Michael P. Akemann and Daniel Maynes, Ph.D. (D.I. 174).

2.     Attached hereto as Exhibit 16 is a true and correct copy of a document bearing Bates No. HCC_022804, produced during discovery in the above-captioned litigation.

3.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the October 16, 2018 deposition of Michael P. Akemann.

4.     Attached hereto as Exhibit 18 is a true and correct copy of a Memorandum Order dated January 2, 2019, and entered as D.I. 424, in *Siemens Mobility Inc. v. Westinghouse Air Brake Technologies Corp. (d/b/a Wabtec Corporation) et al.*, C.A. No. 16-284-LPS (D. Del.).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 25th day of January, 2019, in Washington, D.C.

/s/ *Brianna Lynn Silverstein*
Brianna Lynn Silverstein, Esq. (pro hac vice)
brianna.silverstein@dbr.com
DRINKER BIDDLE & REATH LLP