## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

F'REAL FOODS, LLC and RICH PRODUCTS
CORPORATION,

        Plaintiffs,

        v.

HAMILTON BEACH BRANDS, INC. and
HERSHEY CREAMERY COMPANY,

        Defendants.

C.A. No. 16-41-CFC
CONSOLIDATED

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTIONS

Pursuant to D. Del. L.R. 7.1.4, defendants Hamilton Beach Brands, Inc. and Hershey

Creamery Company respectfully request oral argument on Plaintiffs' Motion for Summary

Judgment (D.I. 169) and Plaintiffs' Motion *in Limine* (D.I. 172).

Dated:  February 1, 2019

                               */s/ Francis DiGiovanni*
                               Francis DiGiovanni (#3189)
                               Thatcher A. Rahmeier (#5222)
                               Drinker Biddle & Reath LLP
                               222 Delaware Avenue, Ste. 1410
                               Wilmington, DE 19801
                               (302) 467-4200
                               francis.digiovanni@dbr.com
                               thatcher.rahmeier@dbr.com

                               *Attorneys for Defendants*