IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and RICH PRODUCTS CORPORATION,<br><br>              Plaintiffs,<br><br>     v.<br><br>HAMILTON BEACH BRANDS, INC., HERSHEY CREAMERY COMPANY and PAUL MILLS d/b/a MILLS BROTHERS MARKETS,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-41 (CFC)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Peter M. Colosi and Nicholas A. Shen of SIDEMAN & BANCROFT LLP, to represent Plaintiffs f'real Foods, LLC and Rich Products Corporation in this matter.

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Michael J. Flynn*
                                          _____
                                          Rodger D. Smith II (#3778)
                                          Michael J. Flynn (#5333)
                                          Taylor Haga (#6549)
                                          1201 North Market Street
                                          P.O. Box 1347
                                          Wilmington, DE 19899-1347
                                          (302) 658-9200
                                          rsmith@mnat.com
                                          mflynn@mnat.com
                                          thaga@mnat.com

                                          *Attorneys for Plaintiffs f'real Foods, LLC and Rich Products Corporation*

April 1, 2019

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Peter M. Colosi and Nicholas A. Shen is granted.

Date: _____                    _____
                                           UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 3/29/19

Peter M. Colosi, Esq.
SIDEMAN & BANCROFT LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
(415) 392-1960
pcolosi@sideman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 3/29/19

Nicholas A. Shen, Esq.
SIDEMAN & BANCROFT LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
(415) 392-1960
nshen@sideman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 1, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Francis DiGiovanni, Esquire<br>Thatcher A. Rahmeier, Esquire<br>DRINKER BIDDLE & REATH LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE  19801<br>*Attorneys for Defendant Hamilton Beach*<br>*Brands, Inc. and Hershey Creamery Company* | *VIA ELECTRONIC MAIL* |
| William S. Foster, Jr., Esquire<br>Kenneth M. Vorrasi, Esquire<br>Brianna L. Silverstein, Esquire<br>Lee Roach, IV, Esquire<br>Katlyn M. Moseley, Esquire<br>DRINKER BIDDLE & REATH LLP<br>1500 K Street, N.W.<br>Washington, DC  20005-1209<br>*Attorneys for Defendant Hamilton Beach*<br>*Brands, Inc. and Hershey Creamery Company* | *VIA ELECTRONIC MAIL* |
| Reeya Thakrar, Esquire<br>DRINKER BIDDLE & REATH LLP<br>191 N. Wacker Dr., Ste. 3700<br>Chicago, IL 60606-1698<br>*Attorneys for Defendant Hamilton Beach*<br>*Brands, Inc. and Hershey Creamery Company* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)