IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and<br>RICH PRODUCTS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HAMILTON BEACH BRANDS,<br>INC., HERSHEY CREAMERY<br>COMPANY and PAUL MILLS d/b/a<br>MILLS BROTHERS MARKETS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 16-41 (CFC)<br>) CONSOLIDATED<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL JOINT PRETRIAL ORDER EXHIBITS**

Rodger D. Smith II (#3778)  
Michael J. Flynn (#5333)  
Taylor Haga (#6549)  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347  
(302) 658-9200  
rsmith@mnat.com  
mflynn@mnat.com  
thaga@mnat.com  

*Counsel for Plaintiffs*

April 24, 2019

Francis DiGiovanni (#3189)  
Thatcher A. Rahmeier (#5222)  
DRINKER BIDDLE & REATH LLP  
222 Delaware Avenue, Suite 1410  
Wilmington, DE 19801  
(302) 467-4200  
francis.digiovanni@dbr.com  
thatcher.rahmeier@dbr.com  

*Counsel for Defendants*

1

Pursuant to the Court's direction at the Pretrial Conference held on April 11, 2019, Plaintiffs f'real Foods, LLC and Rich Products Corporation (collectively, "Plaintiffs") and Defendants Hamilton Beach Brands, Inc. and Hershey Creamery Company (collectively, "Defendants") submit the attached Supplemental Joint Pretrial Order Exhibits to address issues for trial relating willful infringement.

Attached hereto are the following, which correspond to the Exhibits filed with the Joint Pretrial Order (D.I. 233):

| | |
|---|---|
| Exhibit 2-A: | Plaintiffs' Supplemental Statement of Contested Facts to be Litigated at Trial Regarding Willful Infringement |
| Exhibit 3: | Defendants' Statement of Contested Facts |
| Exhibit 4-A: | Plaintiffs' Supplemental Statement of Issues of Law to be Litigated at Trial Regarding Willful Infringement |
| Exhibit 5: | Defendants' Statement of Issues of Law Remaining to be Litigated |
| Exhibit 7: | Defendants' Witness List |
| Exhibit 8-A: | Plaintiffs' Supplemental Deposition Designations |
| Exhibit 10: | Plaintiffs' Trial Exhibit List |
| Exhibit 11: | Defendants' Trial Exhibit List |
| Exhibit 20: | Defendants' Statement of Additional Matters |

<table>
<tr><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Michael J. Flynn*
_____
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
Taylor Haga (#6549)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com
thaga@mnat.com

OF COUNSEL:

Guy W. Chambers
Ellen P. Liu
Peter M. Colosi
Nicholas A. Shen
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA  94111
(415) 392-1960

*Attorneys for Plaintiffs f'real Foods, LLC and Rich Products Corporation*

</td><td>

DRINKER BIDDLE & REATH LLP

/s/ *Thatcher A. Rahmeier*
_____
Francis DiGiovanni (#3189)
Thatcher A. Rahmeier (#5222)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
francis.digiovanni@dbr.com
thatcher.rahmeier@dbr.com

OF COUNSEL:

William S. Foster, Jr.
Kenneth M. Vorrasi
Brianna L. Silverstein
Lee Roach, IV
Katlyn M. Moseley
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC 20005-1209

Reeya Thakrar, Esquire
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Ste. 3700
Chicago, IL 60606-1698

*Attorneys for Defendant Hamilton Beach Brands, Inc. and Hershey Creamery Company*

</td></tr>
</table>

April 24, 2019