# EXHIBIT A

(19)日本国特許庁(JP) (12)**公開実用新案公報**(U) (11)実用新案出願公開番号

**実開平4-136787**

(43)公開日 平成4年(1992)12月18日

| (51)Int.Cl.⁵ | 識別記号 | 庁内整理番号 | F I | 技術表示箇所 |
|---|---|---|---|---|
| G 0 7 F  13/06 | 101 | 9028-3E | | |

審査請求 有 (全 2 頁)

(21)出願番号　実願平4-29443
(62)分割の表示　実願昭61-57861の分割
(22)出願日　昭和61年(1986)4月17日

(71)出願人　000005234
　　　　　　富士電機株式会社
　　　　　　神奈川県川崎市川崎区田辺新田1番1号
(72)考案者　佐藤　俊博
　　　　　　神奈川県川崎市川崎区田辺新田1番1号
　　　　　　富士電機株式会社内
(72)考案者　吉田　誠
　　　　　　神奈川県川崎市川崎区田辺新田1番1号
　　　　　　富士電機株式会社内
(74)代理人　弁理士　山口　巌

(54)【考案の名称】　カップ式飲料自動販売機の原料撹拌装置

(57)【要約】

【目的】カップ内撹拌方式の原料撹拌装置において、撹拌時にカップにカバーを装着して飲料の溢れを防ぐとともに、カップとカバーの相互の位置合わせを容易にする。

【構成】液体、粉末等の原料7入りカップ6に希釈用水を注入した状態で原料と希釈用水をカップ6内で撹拌して飲料を調合するカップ式飲料自動販売機の原料撹拌装置を、撹拌モータ2の回転軸21の先端に連結した撹拌羽根1と、撹拌モータ2を上下移動可能にガイド支持する基台3と、基台3に装備した撹拌モータ2の昇降駆動機構4と、撹拌モータ2の回転軸21上に撹拌羽根1と同心状に配備したカップカバー5と、カップカバー5の昇降移動手段とを具備して構成する。



Defendant's Trial Exhibit
1:16-cv-00041-CFC
DTX010

HBBF0051146

(2)　　　　　　　　　　　　　実開平4-136787

【実用新案登録請求の範囲】

【請求項1】液体，粉末等の原料入りカップに希釈用水を注入した状態で原料と希釈用水をカップ内で撹拌して飲料を調合するカップ式飲料自動販売機の原料撹拌装置であって、撹拌モータの回転軸先端に連結した撹拌羽根と、前記撹拌モータを上下移動可能にガイド支持する基台と、該基台に装備した撹拌モータ昇降駆動機構と、前記撹拌モータの回転軸上に前記撹拌羽根と同心状に配備したカップカバーと、該カップカバーの昇降移動手段とを具備してなることを特徴とするカップ式飲料自動販売機の原料撹拌装置。

【請求項2】請求項1記載の原料撹拌装置において、カップカバーに希釈用水の注入ノズルが開口していることを特徴とするカップ式飲料自動販売機の原料撹拌装置。

【請求項3】請求項1記載の原料撹拌装置において、カップカバーの周縁部下面にカップへの着地の際にカップに嵌合してカップの位置決めを行なうガイド部材を備えていることを特徴とするカップ式飲料自動販売機の原料撹拌装置。

【図面の簡単な説明】

【図1】この考案の実施例による原料撹拌装置の待機状態を示す構成図

【図2】図1の原料撹拌装置の原料撹拌時の状態を示す構成図

【符号の説明】

1　　撹拌羽根
2　　撹拌モータ
3　　基台
4　　昇降駆動機構
5　　カップカバー
6　　カップ
7　　原料
8　　カップ搬送機構
21　回転軸
22　モータ支持台
31　スライド軸
51　希釈用水注入ノズル
52　ガイド部材
53　カバー支持台

【図1】



【図2】



HBBF0051147

DTX010-0002

実開平4－136787

【考案の詳細な説明】

【0001】

【産業上の利用分野】

この考案は、コーヒー，ココアないしシロップ等の各種粉末，液体原料に湯ないし冷水の希釈用水を加えて攪拌調合したホットないしコールド飲料をカップに入れて販売に供するカップ式飲料自動販売機の原料攪拌装置に関する。

【0002】

【従来の技術】

従来におけるこの種のカップ式飲料自動販売機では、販売指令により粉末，液体原料と湯水とを機内のミキシングボゥル内に搬出し、ここで原料を攪拌して飲料を調合した後に、この飲料をミキシングボゥルから飲料ホースを通じてベンドステージに搬出されたカップ内に注入するような原料攪拌方式が採用されている。

【0003】

しかしながら、かかる方式のカップ式飲料自動販売機では次記のような問題がある。すなわち飲料の調合，供給過程で、原料攪拌機構のミキシングボゥルおよびこれに続く飲料ホースの内部には飲料の溶け残り滓が付着残留するために、販売待機時間が長いと時間の経過とともにこの飲料滓に細菌が発生，増殖し、これが次回の飲料販売の際に飲料に混入するという衛生上の問題が派生する。また特にスープのように粘性のある飲料，あるいは具入り味噌汁等を販売する場合は、飲料が流れにくく飲料切れが悪いので系内の付着残留量が多くなる。

【0004】

このために従来では、ミキシングボゥルおよび飲料ホースを頻繁に洗浄することによって前記問題に対処しているが、この洗浄作業には手間と時間が掛り厄介である他、粘性の高い飲料は系内の付着残留量が多いことから販売を断念せざるを得ない等の販売管理上の問題があった。

一方、上記問題点を解決する販売方式として、あらかじめカップ内に粉末原料入りカップをカップ供給機構に収納して置き、販売指令によりカップ供給機構からベンドステージに搬出した粉末原料入りカップへ直接湯水を注入した上で、該

—3—

実開平4－136787

カップ内に、モータで回転する攪拌羽根が昇降駆動機構により進入される原料攪拌手段により、粉末原料と湯水を攪拌混合して飲料を調合するようにした販売方式のもの、あるいはカップ供給機構から搬出されたカップを受け取って商品取出口へ機内搬送するカップ搬送機構を具備し、かつカップ搬送過程の途上でカップ内に粉末原料、湯水を順に直接供給した後に、前記方式と同様の原料攪拌手段によりカップ内で粉末原料と湯水を攪拌混合して飲料を調合するようにした販売方式のものが提案されている。

【0005】

この販売方式によれば、カップ内で直接に原料の攪拌を行なうので前記カップ外攪拌方式のミキシングボゥル、およびこれに続く飲料ホース等が不要となり、したがって飲料滓の付着残留による衛生上の問題解消に加えて、販売飲料の制限無しにスープ、具入り味噌汁等の販売も可能となる。なお、カップ内に攪拌羽根を進入させる原料攪拌装置を備えたカップ式飲料自動販売機は、例えば実開昭54－95300号公報に開示されている。

【0006】

【考案が解決しようとする課題】

ところで、上記したカップ内攪拌方式では、原料を十分に攪拌調合するために攪拌羽根を勢いよく回転させると、飲料がカップから溢れたり飛散する問題がある。

そこでこの考案は、攪拌羽根を用いたカップ内攪拌方式の実施に即して、攪拌時にカップにカバーを装着して飲料の溢れを防止するとともに、カップとカバーの相互の位置合わせが容易な原料攪拌装置を提供することを目的とする。

【0007】

【課題を解決するための手段】

上記目的を達成するためにこの考案は、原料攪拌装置を、液体、粉末等の原料入りカップに希釈用水を注入した状態で原料と希釈用水をカップ内で攪拌して飲料を調合するカップ式飲料自動販売機の原料攪拌装置であって、攪拌モータの回転軸先端に連結した攪拌羽根と、前記攪拌モータを上下移動可能にガイド支持する基台と、該基台に装備した攪拌モーター昇降駆動機構と、前記攪拌モータの回

－4－

実開平4－136787

転軸上に前記攪拌羽根と同心状に配備したカップカバーと、該カップカバーの昇降移動手段とを具備してなるように構成する。

【0008】

【作用】

前記の手段によれば、カップを攪拌羽根の直下に位置させたところで昇降駆動機構を下降動作すれば攪拌羽根をカップ内に進入でき、カップカバーは攪拌羽根の回転軸上に同心配備されているので攪拌羽根の下降に合わせてカップカバーを昇降移動手段により降下移動させればカップに対する正しい相対位置を容易に確保してカップの上面を覆うので、攪拌羽根を回転させて飲料を溢れさすことなく十分に攪拌調合できることになる。

【0009】

【実施例】

図1，図2はそれぞれ待機および原料攪拌工程の状態におけるこの考案の実施例による原料攪拌装置の構成を示すものであり、原料攪拌装置は基本的に攪拌羽根1と、攪拌羽根1を駆動する攪拌モータ2と、攪拌羽根1および攪拌モータ2を上下移動可能にガイド支持する基台3と、該基台3に装備して攪拌モータ2を上下移動操作する昇降駆動機構4と、カップカバー5とを主要部品として構成されている。

【0010】

ここで、前記した攪拌羽根1は攪拌モータ2の回転軸21の下部先端に結合されている。一方、攪拌モータ2にはL字形のモータ支持台22が取付けられており、かつその先端が基台3に装備した縦方向のスライド軸31に嵌合して上下移動可能にガイド支持され、さらに該モータ支持台22が後記の昇降駆動機構4の搬送帯に連結結合されている。なお、符号23はモータ支持台22のスライド軸受である。

【0011】

これに対し、カップカバー5は後述する原料各工程で原料入りカップの開口面を蓋するキャップ体であって攪拌モータ2の回転軸21上に遊嵌されて攪拌羽根1と同心状に配備されており、かつカバーの上面には図示されてない温水タンク

—5—

実開平4－136787

等の希釈用水供給装置にホースを介して接続される希釈用水注入用ノズル51が開口し、さらにカバー周縁部の下面にはカップ上に着地した際にカップの上面に嵌合し合ってその攪拌位置決めを行なうガイド部材52が突出形成されている。またカップカバー5には昇降移動手段としてこの場合、逆L字形のカバー支持台53が取付けてあり、該カバー支持台53の先端が前記したスライド軸31に嵌合してモータ支持台22の上に担持されている。なお54はカバー支持台53のスライド軸受である。

【0012】

また昇降駆動機構4は、上下のプーリ41，42の間に張架して前記スライド軸31と平行に敷設されたベルト，ワイヤ等の搬送帯43と、プーリ41に結合した駆動モータ44と、モータ支持台22の昇降位置を検出する位置検出スイッチ45，46等から構成されている。なお、前記搬送帯の代わりにボールねじ等を採用したねじ送り機構で構成することも可能である。

【0013】

一方、符号6で示すカップはカップ内に粉末等の原料7を収容した状態で符号8で示すカップ搬送機構に受容保持されて機内搬送される。

次に、上記構成による原料攪拌動作に付いて説明する。まず販売待機状態では原料攪拌装置は図1の状態で待機している。すなわちこの待機状態では昇降駆動機構4が上昇位置で停止しており、モータ支持台22，およびカバー支持台53を介して攪拌モータ2およびカップカバー5が上方に待機している。

【0014】

ここで、販売指令により一連の販売動作が開始され、カップ搬送機構8に乗って原料7を収容したカップ6が原料攪拌位置の攪拌羽根1の直下に到達すると、ここで図示されてない運転制御部からの指令により、まず昇降駆動機構4が下降動作してモータ支持台22を下方に移動操作する。これにより攪拌モータ2とともに攪拌羽根1が下降を開始し、その直下に停止しているカップ6の中に上方より進入する。またその下降の停止位置決めは昇降駆動機構4の位置検出スイッチ46の検出信号によって行なわれる。一方攪拌モータ2が下降すると、これに追従する形でカップカバー5がカバー支持台53を介して下降し、そして図2に示

実開平4－136787

すようにカップカバー5がカップ6の上面に着地したところでモータ支持台22と切り離れて停止し、カップ6の上面を覆う。これによりカップ6の高さサイズに関係なくカップカバーを正しくカップ上面に着地させることができる。またこの着地の際に、カップカバー5が撹拌羽根1と同心状に配備されているのでカップとの相対位置合わせが自動的に決まり、カバーに形成した前記のガイド部材52が先行してカップ6の上面開口に容易に嵌合し、カップ6を撹拌羽根1の中心に整合させるように修正して正しく位置決めを行なう。なおガイド部材52はカップ6の外周側に嵌合するものであってもよい。このカップ位置決め操作によりカップと撹拌羽根1とが接触し合うのを防ぐことができる。

【0015】

この状態になると、次にカバー5のノズル51を通じて湯，水等の定量の希釈用水がカップ6内に注入され、続いて撹拌モータ2が始動して撹拌羽根1を回転駆動し、カップ6内で原料と希釈用水とを撹拌混合して飲料を調合する。ここで所定の撹拌時間が経過すると撹拌モータ2は停止し、続いて昇降駆動機構4が上昇動作し、モータ支持台22を介して撹拌モータ2とともに撹拌羽根1をカップ6の中から引き上げる。またこの上昇過程でモータ支持台22はカバー支持台53とともにカップカバー5を一緒に引き上げる。そしてモータ支持台22が待機位置まで上昇すると位置検出スイッチ45が作動し昇降駆動機構4が停止する。なおこれら一連の原料撹拌動作は運転制御部よりプログラムされる。一方上記の原料撹拌工程が終了するとカップ搬送機構8が再び移動を開始し、飲料入りのカップ6が商品取出口へ搬出される。

【0016】

なお、前記の原料撹拌工程で、原料撹拌を効果的に行なうために、カップカバー5を押し上げない範囲で撹拌羽根1をカップ6内で上下往復動させるように昇降駆動機構4を運転制御することもできる。また原料撹拌の終了直前で撹拌羽根1をカップから引き上げる際に、撹拌羽根1を回転しつつノズル51を通じて若干の湯をカップカバー5内に注入することにより、撹拌羽根1およびカップカバー5の内壁面を洗浄することができる。

【0017】

実開平4－136787

【考案の効果】

　以上述べたようにこの考案によれば、撹拌モータの回転軸先端に連結した撹拌羽根と、前記撹拌モータを上下移動可能にガイド支持する基台と、該基台に装備した撹拌モーター昇降駆動機構と、前記撹拌モータの回転軸上に前記撹拌羽根と同心状に配備したカップカバーと、該カップカバーの昇降移動手段とを具備して原料撹拌装置を構成したので、撹拌時にカップにカバーを簡単な構成で位置合わせして装着できるので安価であり、また飲料の溢れがないので勢いよく撹拌調合でき溶け難い原料の飲料も美味しく提供できる。

HBBF0051153

DTX010-0008