# EXHIBIT C



# Certification

I, Harumi K. Rudolph, hereby certify the following:

I am fluent in the English and Japanese languages. I have translated and/or reviewed the translation of the Japanese document identified as:

____JP H04-136787 U_____

_____

and find it to be a true and accurate translation to the best of my knowledge and ability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature _____*Harumi K. [signature]*_____

Harumi K. Rudolph
d.b.a. Kotoba Translations

Date _____Jan. 22, 2017_____

Defendant's Trial Exhibit
1:16-cv-00041-CFC
**DTX012**

HBBF0051154

