# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Michael J. Flynn**
(302) 351-9661
mflynn@mnat.com

May 10, 2019

The Honorable Colm F. Connolly  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801-3555

  Re: *f'real Foods, LLC et al. v. Hamilton Beach Brands, Inc. et al.*,
    C.A. No. 16-41-CFC

Dear Judge Connolly:

  Pursuant to the Court's direction following the jury's verdict on May 3, 2019, the parties have conferred on a schedule for briefing on Defendants' indefiniteness issues and post-trial motions, and are still working on proposals related to those issues. To that end, the parties respectfully request that they have until Tuesday, May 14, to submit their proposals to the Court.

        Respectfully,

        */s/ Michael J. Flynn*

        Michael J. Flynn (#5333)

cc: All counsel of record