# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and RICH PRODUCTS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HAMILTON BEACH BRANDS, INC., HERSHEY CREAMERY COMPANY and PAUL MILLS d/b/a MILLS BROTHERS MARKETS,<br><br>Defendants. | C.A. No. 16-41 (CFC)<br>CONSOLIDATED |

**[PLAINTIFFS' PROPOSED] ORDER ON POST-TRIAL BRIEFING**

Having considered the parties' proposed schedules regarding the filing of post-trial motions and briefs,

IT IS HEREBY ORDERED, this ____ day of May, 2019, that the schedule for such motions and briefs will be as follows:

1) By **May 22, 2019,** Defendants shall file their opening brief on indefiniteness of Claim 22 of U.S. Patent No. 7,144,150 and Claims 1, 5, 6, 10, and 11 of U.S. Patent No. 7,520,658, limited to 1,250 words. Plaintiffs' opposition is due **May 30, 2019**, limited to 1,250 words. Defendants' reply brief is due **June 5, 2019**, limited to 625 words.  All briefs shall be limited to the current record in the case;

2) Within 28 days of the Court's entry of judgment, but no later than June 20, 2019, the parties will file any post-trial motions pursuant to Fed. R. Civ. P. 50(b) or 59;

3) By **June 20, 2019**, the parties shall file their opening briefs on motions

under Fed. R. Civ. P. 50(b) or 59 and Plaintiffs shall file any briefs on motions to declare the case exceptional under 35 U.S.C. § 285 and entitlement to attorneys' fees, pre- and post-judgment interest, supplemental damages or accounting, injunction, and ongoing royalties. For all opening briefs, the parties shall be limited to a total of 10,000 words per side;

4) By **July 18, 2019**, the parties shall file any opposition briefs, limited to a total of 10,000 words per side;

5) By **July 31**, **2019**, the parties shall file any reply briefs, limited to a total of 5,000 words per side;

6) By **July 18, 2019,** Defendants shall file any motion and brief to stay an injunction, limited to 2,500 words;

7) By **July 31, 2019,** Plaintiffs shall file any opposition to Defendants' motion to stay an injunction, limited to 2,500 words; and

8) By **August 7, 2019,** Defendants shall file any reply brief in support of their motion to stay an injunction, limited to 1,250 words.

The parties shall not combine multiple motions seeking separate and distinct relief into a single motion.

_____
United States District Judge
