# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and<br>RICH PRODUCTS CORPORATION,<br><br>        Plaintiffs,<br><br>  v.<br><br>HAMILTON BEACH BRANDS, INC.,<br>HERSHEY CREAMERY COMPANY and<br>PAUL MILLS d/b/a MILLS BROTHERS<br>MARKETS,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 16-41 (CFC)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>)<br>)<br>) |

## **[DEFENDANTS' PROPOSED] ORDER ON POST-TRIAL BRIEFING**

Post-trial motions and briefing will proceed as follows:

1) By **May 22, 2019**, Defendants shall file an up to 10 page opening brief on indefiniteness under 35 U.S.C. § 112 of Claim 22 of U.S. Patent No. 7,144,150 and Claims 1, 5, 6, 10, and 11 of U.S. Patent No. 7,520,658;

2) By **May 30, 2019**, Plaintiffs shall file an up to 10 page opposition brief on indefiniteness;

3) By **June 5, 2019**, Defendants shall file an up to 5 page reply brief on indefiniteness;

4) **Within 28 days** of the Court's entry of judgment following the indefiniteness briefing, the parties shall file any post-trial motions pursuant to Fed. R. Civ. P. 50(b) or 59; and Plaintiffs shall file any briefs on motions to declare the case exceptional under 35 U.S.C. § 285, attorneys' fees, pre- and post-judgment interest, supplemental damages or accounting, injunction, and ongoing royalties.  For all opening briefs, the

parties shall be limited to a total of 12,500 words per side;

5) **Within 28 days** of the parties' opening briefs, the parties shall file opposition briefs, limited to a total of 12,500 words per side;

6) **Within 14 days** of the parties' opposition briefs, the parties shall file reply briefs, limited to a total of 6,250 words per side;

7) **Within 28 days** of the Plaintiffs filing a motion for an injunction**,** Defendants shall file any motion and brief to stay an injunction, limited to 2,500 words;

8) **Within 14 days** of the Defendants' filing a stay motion**,** Plaintiffs shall file any opposition to Defendants' motion to stay an injunction, limited to 2,500 words; and

9) **Within 14 days** of the Plaintiffs filing an opposition to the Defendants' stay motion**,** Defendants shall file any reply brief in support of their motion to stay an injunction, limited to 1,250 words.

Dated May ___ , 2019

_____
United States District Judge