

Francis DiGiovanni
302-467-4266 Direct
302-467-4201 Fax
Francis.DiGiovanni@dbr.com

*Law Offices*

222 Delaware Avenue
Suite 1410
Wilmington, DE
19801-1621

302-467-4200
302-467-4201 fax
www.drinkerbiddle.com

CALIFORNIA
CONNECTICUT
DELAWARE
ILLINOIS
LONDON
NEW JERSEY
NEW YORK
PENNSYLVANIA
TEXAS
WASHINGTON D.C.

August 1, 2019

**VIA ELECTRONIC FILING**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:    *f'real Foods, LLC et al. v. Hamilton Beach Brands, Inc. et al.*,
            C.A. No. 16-41-CFC

Dear Magistrate Judge Burke:

      In response to the Court's July 31, 2019 oral order, defendants state as follows: The issue of indefiniteness of the "sufficient mass" limitations of claim 22 of the '150 patent and claims 1, 5, 6, 10, and 11 of the '658 patent was tried to the Court as a bench trial under Fed. R. Civ. P. 39(a)(1) and (b). In lieu of presenting live evidence of non-jury issues in Court (as described in D.I. 167 at 1-2), the parties stipulated to bench trial based on the papers and evidence corresponding to the existing record. (Trial at Tr. 11:2-12:7). Judgment may be entered on the indefiniteness issues after a bench trial pursuant to Fed. R. Civ. P. 52(a) and (c).

                                                Respectfully submitted,

                                                Francis DiGiovanni

cc:    Counsel of Record (via ECF)
        Clerk of the Court (via ECF)

*Established* 1849