IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| F'REAL FOODS, LLC and | ) | |
| RICH PRODUCTS CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-41 (CFC) |
| | ) | CONSOLIDATED |
| HAMILTON BEACH BRANDS, INC., | ) | |
| HERSHEY CREAMERY COMPANY and | ) | |
| PAUL MILLS d/b/a MILLS BROTHERS | ) | |
| MARKETS, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO DECLARE
THIS CASE EXCEPTIONAL AND AWARD
ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**

Pursuant to 35 U.S.C. § 285 and the Court's Order on Post-Trial Briefing (D.I. 270), Plaintiffs f'real Foods, LLC and Rich Products Corporation ("Plaintiffs") hereby move the Court to declare this case exceptional and award Plaintiffs their reasonable attorneys' fees.

The grounds for this motion are set forth in Plaintiffs' opening brief and the supporting Exhibits and Declaration, submitted herewith.  A form of Order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Taylor Haga*

_____
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
Taylor Haga (#6549)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
mflynn@mnat.com
thaga@mnat.com

OF COUNSEL:

Guy W. Chambers
Ellen P. Liu
Peter M. Colosi
Nicholas A. Shen
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, CA  94111
(415) 392-1960

September 23, 2019

*Attorneys for Plaintiffs f'real Foods, LLC and Rich Products Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and | ) |
| RICH PRODUCTS CORPORATION, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 16-41 (CFC) |
| | ) CONSOLIDATED |
| HAMILTON BEACH BRANDS, INC., | ) |
| HERSHEY CREAMERY COMPANY and | ) |
| PAUL MILLS d/b/a MILLS BROTHERS | ) |
| MARKETS, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER REGARDING ATTORNEYS' FEES

WHEREAS, the Court has reviewed Plaintiffs' Motion to Declare This Case Exceptional and Award Attorneys' Fees Under 35 U.S.C. § 285 and Defendants' Opposition thereto;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**.  The Court finds that Plaintiffs are entitled to reasonable attorneys' fees and related expenses for this litigation as the prevailing party.

Plaintiffs shall file their accounting of attorneys' fees no later than fourteen (14) days after the entry of Final Judgment.

_____          _____
DATE                                                            UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 23, 2019, upon the following in the manner indicated:

Francis DiGiovanni, Esquire                    *VIA ELECTRONIC MAIL*
Thatcher A. Rahmeier, Esquire
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801
*Attorneys for Defendant Hamilton Beach*
*Brands, Inc. and Hershey Creamery Company*

William S. Foster, Jr., Esquire                 *VIA ELECTRONIC MAIL*
Kenneth M. Vorrasi, Esquire
Brianna L. Silverstein, Esquire
Lee Roach, IV, Esquire
Katlyn M. Moseley, Esquire
DRINKER BIDDLE & REATH LLP
1500 K Street, N.W.
Washington, DC  20005-1209
*Attorneys for Defendant Hamilton Beach*
*Brands, Inc. and Hershey Creamery Company*

Reeya Thakrar, Esquire                          *VIA ELECTRONIC MAIL*
Carrie A. Beyer, Esquire
DRINKER BIDDLE & REATH LLP
191 N. Wacker Dr., Ste. 3700
Chicago, IL 60606-1698
*Attorneys for Defendant Hamilton Beach*
*Brands, Inc. and Hershey Creamery Company*

*/s/ Taylor Haga*
_____
Taylor Haga (#6549)