# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and RICH PRODUCTS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>HAMILTON BEACH BRANDS, INC. and HERSHEY CREAMERY COMPANY<br><br>　　　　Defendants. | C.A. No. 16-41-CFC<br><br>CONSOLIDATED |

## DECLARATION OF THATCHER A. RAHMEIER IN SUPPORT OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR A STAY OF A PERMANENT INJUNCTION AND RECALL

I, Thatcher A. Rahmeier, declare:

1.　　I am a licensed attorney with the law firm of Drinker Biddle & Reath LLP, counsel for defendants Hamilton Beach Brands, Inc. and Hershey Creamery Company (collectively, "Defendants") in the above-captioned action. I am admitted to practice in this District, I am over 18 years of age, and have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so. I submit this declaration in support of Defendants' Opening Brief in Support of Their Motion for a Stay of a Permanent Injunction and Recall, filed contemporaneously herewith.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the Transcript of Proceedings from the hearing held on April 11, 2019 in this action.

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Transcript of Proceedings from the trial in this action.

4. Attached hereto as **Exhibit C** is a true and correct copy of D.I. 43 in *f'real Foods, LLC v. Fresh Blends N. Am., Inc.*, No. 19-80744-CIV-Middlebrooks/Brannon (S.D. Fla. Sept. 19, 2019).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 15th day of October, 2019, in Wilmington, Delaware.

> */s/ Thatcher A. Rahmeier*
> Thatcher A. Rahmeier, Esq.
> thatcher.rahmeier@dbr.com
> DRINKER BIDDLE & REATH LLP