IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| F'REAL FOODS, LLC and | ) | |
| RICH PRODUCTS CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-41 (CFC) |
| | ) | CONSOLIDATED |
| HAMILTON BEACH BRANDS, | ) | |
| INC., HERSHEY CREAMERY | ) | REDACTED - PUBLIC VERSION |
| COMPANY and PAUL MILLS d/b/a | ) | |
| MILLS BROTHERS MARKETS, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF F'REAL'S OPENING BRIEF IN SUPPORT
## OF ITS MOTION FOR EXCEPTIONAL CASE

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
Taylor Haga (#6549)
1201 North Market Street
P.O. Box 1347
OF COUNSEL:                          Wilmington, DE  19899-1347
                                     (302) 658-9200
Guy W. Chambers                      rsmith@mnat.com
Ellen P. Liu                         mflynn@mnat.com
Peter Colosi                         thaga@mnat.com
Nicholas A. Shen
SIDEMAN & BANCROFT LLP               *Attorneys for Plaintiffs f'real Foods, LLC*
One Embarcadero Center, 22nd Floor   *and Rich Products Corporation*
San Francisco, CA  94111
(415) 392-1960

Original Filing Date: September 23, 2019
Redacted Filing Date: October 16, 2019