# EXHIBIT E

**From:** Thakrar, Reeya
**To:** Rodger Smith; Taylor; Flynn, Michael J.; Chambers, Guy W.; Liu, Ellen P.; Colosi, Peter M.; Shen, Nicholas A.
**Cc:** HB-Freal; Foster Jr., William S.; DiGiovanni, Francis; Rahmeier, Thatcher; Beyer, Carrie; Silverstein, Brianna L.
**Subject:** f"real v. Hamilton Beach - Defendants" 4/29 Disclosures
**Date:** Monday, April 29, 2019 6:57:22 PM
**Attachments:** Slocum (Invalidity).pdf
f"real v HBB - Defs 4-29 Exchange.pdf

---

Counsel:

Pursuant to the PTO in this case and the agreements between the parties, attached please find the list of exhibits and deposition designations for use on Wednesday, 5/1 (time permitting) for the following witnesses:

1. Brian Williams
2. Zachary Waite
3. Dr. Slocum (invalidity)

To enable the parties to fully meet & confer on any objections, please make sure that necessary decision-makers participate in tonight's meet & confer on Plaintiff's behalf.

-Reeya

Reeya Thakrar
**Drinker Biddle & Reath LLP**
191 N. Wacker Dr., Ste. 3700
Chicago, IL 60606-1698
(312) 569-1467 *office*
(214) 405-6596 *mobile*
Reeya.Thakrar@dbr.com
www.drinkerbiddle.com

***f'real Foods, LLC and Rich Products Corporation***

***v.***

***Hamilton Beach Brands, Inc. and Hershey Creamery Company***

# Dr. Alex Slocum

Professor of Mechanical Engineering
Massachusetts Institute of Technology

## Patent Invalidity Allegations

DDX 10-101



# Dr. Alex Slocum



- Bachelors in Mechanical Engineering
- Masters in Mechanical Engineering
- Doctorate in Mechanical Engineering




- Walter M. May and A. Hazel May Professor of Mechanical Engineering Massachusetts Institute of Technology

DTX 021

DDX 10-2

# Dr. Alex Slocum




Member, National Academy of Engineering



U.S. Department of Commerce Bronze Medal for Superior Federal Service



Assistant Director for Advanced Manufacturing, in the Office of Science and Technology, Office of the President




ASME:




- Leonardo daVinci Award
- Machine Design Award
- Thar Energy Award
-  Ruth and Joel Spira Outstanding DesignEducator Award




11 R&D 100 awards for “one of the 100 best new technical products of the year”



DTX 021

DDX 10-3

# Dr. Alex Slocum



## Prolific Author of Technical Articles & Teaching Materials

- Authored two authoritative books on machine design
- 200+ papers in peer reviewed journals and conferences




DTX 021

DDX 10-4

# Dr. Alex Slocum



## Recent Examples with Industry





- Co-founder OMAX, Inc.
  - Recently released ProtoMax mini waterjet



- Keystone Tower Systems



- Schlumberger “Power Drive Orbit”

DTX 021

DDX 10-5

# Dr. Alex Slocum





**133**
**U.S. Patents**

**11 products have won**
**R&D 100 Design Awards**

***Industrialist Academic***




DTX 021

DDX 10-6

# Invalidity: ’377 Patent
## *Obviousness Due to Tomlinson + Linscott*

- Invalidity due to obviousness
  - The invention must not have been obvious to a “person of ordinary skill in the art” at the time the invention was made.
  - Person of ordinary skill in the art:
    - a hypothetical person who is presumed to know all reasonably relevant prior art
    - a person of ordinary creativity that can use common sense to solve problems in this field
    - an engineer with at least an undergraduate degree in mechanical engineering or related discipline and at least three years of professional or research experience in the design of consumer or medical products that utilize fluid systems

# Invalidity: '377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**Farrell**
U.S. 5,803,377



**Filed Feb. 5, 1997**
JTX 001



**Tomlinson**
U.S. 3,295,997



Prior art:
**Issued Jan. 3, 1967**
DTX 015

**+**

**Linscott**
U.S. 5,599,103



Prior art:
**Filed May 10, 1996**
**Issued Feb. 4, 1997**
DTX 007

**DDX 10-108**

# Invalidity: '377 Patent
## *Obviousness Due to Tomlinson + Linscott*

## Tomlinson U.S. 3,295,997

Immediately above the blades **38** is a second set of diametrically opposed mixing blades **41**. The blades **41** cooperate with a third set of mixing blades **42** to thoroughly mix the milk in the container with the particles of frozen mixture produced by the cutter blades **38**. In addition, the blades **42** have vertically extending portions **43** which serve to insure that the frozen mixture is cleared from the sides of the container as the mixer is lowered into the container. Directly above the blades **42**, a set of six equally spaced radially extending blades **44** are fixed to the shaft **35**. It will also be noted that the blades **44** are given a suitable pitch or twist in such a manner that, when the shaft is rotating in the direction to cut the frozen mixture, the blades **44** act to force the liquid in the container in a downward direction opposite to the upward flow caused by the cutter blades **38** and mixing blades **41**. In this manner, the liquid within the container is constantly circulated to obtain an even mixture but is prevented from splashing out of the container by the action of the blades.

DTX 015 5:3-22




DTX 015

# Invalidity: '377 Patent
## *Obviousness Due to Tomlinson + Linscott*

### Tomlinson U.S. 3,295,997

The present invention seeks to alleviate these problems by providing a completely automatic mixing apparatus which requires no personal attention in formulating or mixing the ingredients. According to the present invention, all of the milk shake ingredients, except for the milk, are provided in pre-frozen form in the bottom of the container from which the milk shake is to be consumed. It is then necessary only to insert the container with the pre-frozen ingredients into the apparatus. The frozen ingredients are reduced to a very finely divided form by the mixing apparatus and the exact amount of milk desired is added during the operation. At the completion of the various cycles of the mixing machine, the machine is automatically shut off and the completed milk shake may be removed and consumed.

DTX 015, 1: 46-60





DTX015, Figure 2

DDX 10-110

# Invalidity: '377 Patent
# *Obviousness Due to Tomlinson + Linscott*

## Linscott U.S. 5,599,103



US005599103A

**United States Patent** [19]
**Linscott**

[11] **Patent Number:** 5,599,103
[45] **Date of Patent:** Feb. 4, 1997

[54] MILKSHAKE MIXER BLADE

[76] Inventor: **William D. Linscott**, 4877 Grange Rd., Santa Rosa, Calif. 95404

[21] Appl. No.: **644,117**

[22] Filed: **May 10, 1996**

[51] **Int. Cl.**[6] .......... **B01F 7/16**
[52] **U.S. Cl.** .......... **366/343**; 241/292.1; 416/237
[58] **Field of Search** .......... 366/64, 65, 197, 366/198, 205, 314, 342, 343; 241/282.1, 282.2, 292.1; 416/237

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 167,493 | 9/1875 | Bright et al. | 366/343 |
| 579,668 | 3/1897 | Wilson. | |
| 1,582,518 | 4/1926 | Horrell | 416/237 |
| 3,069,144 | 12/1962 | Patten | 366/343 |

*Primary Examiner*—Charles E. Cooley
*Attorney, Agent, or Firm*—Larry D. Johnson

[57] **ABSTRACT**

An improved mixing blade which can be substituted for mixing blades of existing milkshake machines, including a generally planar body portion having a central aperture for attachment to a mixer shaft, the body portion terminating in a pair of opposed straight edge portions each having an upturned tab element along at least one end thereof, and a pair of curved edge portions each having a downturned skirt along their entire length.

**3 Claims, 2 Drawing Sheets**




canister wall is deflected circularly upward instead. When the fluid reaches the top of the fluid column, it is sucked radially inward (centripetally) into the vortex created by the whirling blades. Along with entrained air, the fluid then moves downward to the blades, and is thrown outward once again. This vigorous flow pattern, which is made increasingly turbulent by entrained air as the speed of rotation rises, includes the entire liquid volume of the mixing canister, and is responsible for the rapid and thorough blending which is achieved by the present invention. This flow pattern is enhanced by both the up-turned tabs and the down-turned skirts of the inventive blade design.

DTX 007, 2:5-16

DDX 10-111

# Invalidity: '377 Patent
## *Obviousness Due to Tomlinson + Linscott*

## Motivation to Combine Tomlinson and Linscott



DTX 015





DTX 007

The milkshake mixer blade of the present invention provides an improved mixing blade which can easily be substituted for mixing blades of the prior art, thereby converting today's slow, inefficient milkshake machines, requiring constant attention, into highly efficient mixers which can produce a smooth, completely blended milkshake in two minutes or less, with no manual agitation. The inventive

Linscott, DTX 007,1:40-46

3. A method for improving a milkshake machine, said milkshake machine having a downwardly-depending motor shaft and at least one mixing blade, said method comprising the steps of:

replacing said at least one mixing blade with a mixing blade having a generally planar body portion having a central aperture for attachment to the motor shaft, said body portion terminating in a pair of opposed straight edge portions each having an upturned tab element along an end thereof, and a pair of curved edge portions each having a downturned skirt along their entire length.

Linscott, DTX 007, Claim 3

DDX 10-112

# Invalidity: ’377 Patent
# *Obviousness Due to Tomlinson + Linscott*

## Combined Tomlinson / Linscott Blade Assembly




DDX 10-113

# Invalidity: '377 Patent
# *Obviousness Due to Tomlinson + Linscott*

## '377 Patent, Claim 1

| Claim Limitation | Disclosed in Tomlinson + Linscott |
|---|---|
| [1a] An apparatus for making frozen drinks from a frozen substance frozen into a cup, comprising: | |
| [1b] a housing; | |
| [1c] a cup support mounted to the housing; | |
| [1d] a liquid dispenser having an outlet positioned to direct liquid into a cup positioned in the cup support; | |
| [1e] grinding means for, when a cup containing a frozen substance is positioned in the cup support, grinding the frozen substance to form a ground substance; and | |
| [1f] aeration means for, when a cup containing a frozen substance is positioned in the cup support, causing air to be incorporated into a mixture of the ground substance formed by the grounding means and the liquid dispensed by the liquid dispenser. | |

DDX 10-114

# Invalidity: ’377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**[1a]** An apparatus for making frozen drinks from a frozen substance frozen into a cup

### Tomlinson

Another object of the present invention is to provide a mixing machine of the character described wherein the basic frozen mixture is pre-frozen in containers from which the milk shake is to be consumed and subsequently reduced to a finely divided form with the addition of milk.

DTX 015, 2:9-14




DTX 015

# Invalidity: ’377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**[1b]** a housing

### Tomlinson

Referring now to the drawings, wherein like reference numerals indicate identical parts in the various views, the automatic mixing device of the present invention comprises an overall frame structure and enclosure indicated generally by the numeral **1** in FIG. **1**, with the frame and enclosure walls including an inwardly curving wall portion **2**. A container support and rinse tank assembly **3** is

DTX 015, 3:7-13



DTX 015

# Invalidity: '377 Patent
# *Obviousness Due to Tomlinson + Linscott*

**[1c]** a cup support mounted to the housing

## Tomlinson

Referring now to the drawings, wherein like reference numerals indicate identical parts in the various views, the automatic mixing device of the present invention comprises an overall frame structure and enclosure indicated generally by the numeral **1** in FIG. 1, with the frame and enclosure walls including an inwardly curving wall portion **2**. A container support and rinse tank assembly **3** is located within the curved wall portion **2** and directly beneath a rotatable mixing shaft assembly indicated generally at **4**. The frame structure **1** also supports a milk supply container **5** equipped with a milk supply valve arrangement **6**. The control mechanism presently to be de-

DTX 015, 3:7-18




DTX 015

# Invalidity: ’377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**[1d]** a liquid dispenser having an outlet positioned to direct liquid into a cup positioned in the cup support

### Tomlinson

*Milk flow control*

During the cutting or shaving of the pre-frozen mixture, the present device automatically introduces a supply of milk into the container **37** from a supply source **5** shown in FIG. 1 to a suitable conduit **145** which is controlled by a milk supply valve arrangement indicated generally at **6** and shown most clearly in FIG. 3.

DTX 015, 10:28-36




DTX 015

DDX 10-118

# Invalidity: ’377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**[1e]** grinding means for, when a cup containing a frozen substance is positioned in the cup support, grinding the frozen substance to form a ground substance




The term **“grinding means for . . . grinding the frozen substance to form a ground substance”** in the ‘377 patent is construed as a means-plus-function term. The **claimed function** is: “grinding the frozen substance to form a ground substance.” The **corresponding structure** is: “sharp depressed edge(s) of a rotatable blade having a slim cross-sectional profile.”[7]

Claim Construction Order (D.I. 83) at 4

# Invalidity: '377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**[1e]** grinding means for, when a cup containing a frozen substance is positioned in the cup support, grinding the frozen substance to form a ground substance

### Tomlinson

operation. The cutting or shaving action is obtained by means of the four cutter blades **38** which have a sharp leading edge **39** and a plurality of notches **40**. The result of the combined action of the sharpened edges **39** and the notches **40** on the frozen mixture is to reduce the frozen substance into finely divided chips or flakes. It

DTX 015 4:69-74

Immediately above the blades **38** is a second set of diametrically opposed mixing blades **41**. The blades **41** cooperate with a third set of mixing blades **42** to thoroughly mix the milk in the container with the particles of frozen mixture produced by the cutter blades **38**. In ad-

DTX 015 5:3-7

DTX 015 Fig. 2




DDX 10-120

# Invalidity: '377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**[1e]** grinding means for, when a cup containing a frozen substance is positioned in the cup support, grinding the frozen substance to form a ground substance

### Tomlinson

As illustrated in FIG. 2, the lower portion of the shaft **35** and the associated blades extend down into the container **37**, indicated in dotted line and contact the frozen mixture in the bottom of the container during the mixing operation. The cutting or shaving action is obtained by means of the four cutter blades **38** which have a sharp leading edge **39** and a plurality of notches **40**. The result of the combined action of the sharpened edges **39** and the notches **40** on the frozen mixture is to reduce the frozen substance into finely divided chips or flakes. It

DTX 015, 4:65-74




DTX 015

*Sharp depressed edges*

DDX 10-121

# Invalidity: ’377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**[1f]** aeration means for, when a cup containing a frozen substance is positioned in the cup support, causing air to be incorporated into a mixture of the ground substance formed by the grounding means and the liquid dispensed by the liquid dispenser.




> The term **“aeration means for . . . causing air to be incorporated into a mixture”** in the ‘377 patent is construed as a means-plus-function term. **The claimed function is:** “causing air to be incorporated into a mixture.” The corresponding **structure** is: “curved, wave-like structure(s) on a rotatable blade with a slim cross-sectional profile.”[9]

Claim Construction Order (D.I. 83) at 5

# Invalidity: '377 Patent
# *Obviousness Due to Tomlinson + Linscott*

**[1f]** aeration means for, when a cup containing a frozen substance is positioned in the cup support, causing air to be incorporated into a mixture of the ground substance formed by the grounding means and the liquid dispensed by the liquid dispenser.

## Tomlinson

frozen substance into finely divided chips or flakes. It will also be noted that the tapered shape of the blades **38** tends to circulate the liquid in the cup in an upward direction during rotation of the blades.

Immediately above the blades **38** is a second set of diametrically opposed mixing blades **41**. The blades **41** cooperate with a third set of mixing blades **42** to thoroughly mix the milk in the container with the particles of frozen mixture produced by the cutter blades **38**. In ad-

DTX 015, 4:74-5:7




DTX 015

DDX 10-123

# Invalidity: ’377 Patent
# *Obviousness Due to Tomlinson + Linscott*

**[1f]** aeration means for, when a cup containing a frozen substance is positioned in the cup support, causing air to be incorporated into a mixture of the ground substance formed by the grounding means and the liquid dispensed by the liquid dispenser.

## Linscott

canister wall is deflected circularly upward instead. When the fluid reaches the top of the fluid column, it is sucked radially inward (centripetally) into the vortex created by the whirling blades. Along with entrained air, the fluid then moves downward to the blades, and is thrown outward once again. This vigorous flow pattern, which is made increasingly turbulent by entrained air as the speed of rotation rises, includes the entire liquid volume of the mixing canister, and is responsible for the rapid and thorough blending which is achieved by the present invention. This flow pattern is enhanced by both the up-turned tabs and the down-turned skirts of the inventive blade design.

DTX 007, 2:5-16

*To the extent that the accused product with a twist is found to have “wave-like structures,” Linscott also has “wave-like structures”*




DTX 007

DDX 10-124

# Invalidity: '377 Patent
# *Obviousness Due to Tomlinson + Linscott*

## Combined Tomlinson / Linscott Blade Assembly




*To the extent that the accused product with a twist is found to have "wave-like structures," Linscott also has "wave-like structures"*

DDX 10-125

# Invalidity: ’377 Patent
# *Obviousness Due to Tomlinson + Linscott*

## ’377 Patent, Claim 1

| Claim Limitation | Disclosed in Tomlinson + Linscott |
|---|---|
| [1a] An apparatus for making frozen drinks from a frozen substance frozen into a cup, comprising: | ✓ |
| [1b] a housing; | ✓ |
| [1c] a cup support mounted to the housing; | ✓ |
| [1d] a liquid dispenser having an outlet positioned to direct liquid into a cup positioned in the cup support; | ✓ |
| [1e] grinding means for, when a cup containing a frozen substance is positioned in the cup support, grinding the frozen substance to form a ground substance; and | ✓ |
| [1f] aeration means for, when a cup containing a frozen substance is positioned in the cup support, causing air to be incorporated into a mixture of the ground substance formed by the grounding means and the liquid dispensed by the liquid dispenser. | ✓ |

DDX 10-126

# Invalidity: '377 Patent
## *Obviousness Due to Tomlinson + Linscott*

## '377 Patent, Claim 11

| Claim Limitation | Disclosed in Tomlinson + Linscott |
|---|---|
| [11a] An apparatus for making frozen drinks from a frozen substance frozen into a cup, comprising: | |
| [11b] a housing; | |
| [11c] a cup support mounted to the housing; | |
| [11d] a rotatable blade assembly mounted within the housing; | |
| [11e] the blade assembly including shaving elements and aeration elements; and | |
| [11f] the blade assembly movable between upper and lower blade positions, the lower blade position being at a height such that when a cup is positioned in the cup support, the blade assembly is positioned within the cup and adjacent to the cup bottom. | |

# Invalidity: ’377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**[1a], [1b], and [1c] = [11a], [11b], and [11c]**

| ’377 Patent, Claim 1 | ’377 Patent, Claim 11 |
|---|---|
| [1a] An apparatus for making frozen drinks from a frozen substance frozen into a cup, comprising: | [11a] An apparatus for making frozen drinks from a frozen substance frozen into a cup, comprising: |
| [1b] a housing; | [11b] a housing; |
| [1c] a cup support mounted to the housing; | [11c] a cup support mounted to the housing; |

# Invalidity: '377 Patent
# *Obviousness Due to Tomlinson + Linscott*

**[11d]** a rotatable blade assembly mounted within the housing

## Tomlinson

As illustrated in FIG. 2, the lower portion of the shaft **35** and the associated blades extend down into the container **37**, indicated in dotted line and contact the frozen mixture in the bottom of the container during the mixing operation. The cutting or shaving action is obtained by

DTX 015, 4:65-69




DTX 015

DDX 10-129

# Invalidity: '377 Patent
# *Obviousness Due to Tomlinson + Linscott*

**[11e]** the blade assembly including shaving elements and aeration elements

## Tomlinson

As illustrated in FIG. 2, the lower portion of the shaft **35** and the associated blades extend down into the container **37**, indicated in dotted line and contact the frozen mixture in the bottom of the container during the mixing operation. The cutting or shaving action is obtained by means of the four cutter blades **38** which have a sharp leading edge **39** and a plurality of notches **40**. The result of the combined action of the sharpened edges **39** and the notches **40** on the frozen mixture is to reduce the frozen substance into finely divided chips or flakes. It will also be noted that the tapered shape of the blades **38** tends to circulate the liquid in the cup in an upward direction during rotation of the blades.

Immediately above the blades **38** is a second set of diametrically opposed mixing blades **41**. The blades **41** cooperate with a third set of mixing blades **42** to thoroughly mix the milk in the container with the particles of frozen mixture produced by the cutter blades **38**. In ad-

DTX 015 4:65-5:7

FIG. 16

FIG. 17

DTX 015

# Invalidity: '377 Patent
# *Obviousness Due to Tomlinson + Linscott*

**[11e]** the blade assembly including shaving elements and aeration elements

*To the extent that the accused product with a twist is found to have "wave-like structures," Linscott also has "wave-like structures"*

## Linscott

3. A method for improving a milkshake machine, said milkshake machine having a downwardly-depending motor shaft and at least one mixing blade, said method comprising the steps of:

replacing said at least one mixing blade with a mixing blade having a generally planar body portion having a central aperture for attachment to the motor shaft, said body portion terminating in a pair of opposed straight edge portions each having an upturned tab element along an end thereof, and a pair of curved edge portions each having a downturned skirt along their entire length.

DTX 007, Claim 3

FIG._1 FIG._2 FIG._3 FIG._4 FIG._5

canister wall is deflected circularly upward instead. When the fluid reaches the top of the fluid column, it is sucked radially inward (centripetally) into the vortex created by the whirling blades. Along with entrained air, the fluid then moves downward to the blades, and is thrown outward once again. This vigorous flow pattern, which is made increasingly turbulent by entrained air as the speed of rotation rises, includes the entire liquid volume of the mixing canister, and is responsible for the rapid and thorough blending which is achieved by the present invention. This flow pattern is enhanced by both the up-turned tabs and the down-turned skirts of the inventive blade design.

DTX 007, 2:5-16

# Invalidity: '377 Patent
## *Obviousness Due to Tomlinson + Linscott*

**[11f]** the blade assembly movable between upper and lower blade positions, the lower blade position being at a height such that when a cup is positioned in the cup support, the blade assembly is positioned within the cup and adjacent to the cup bottom.

### Tomlinson

Before explaining the details of the structure for raising and lowering the mixing shaft assembly **4** between a rinse position and a mixing position, it will first be noted that the entire mixing motor assembly and the rotating shaft are mounted for vertical reciprocation, with the container support and rinse tank assembly **3** being swingable so as to place either a rinsing tank or a milk shake container beneath the blade shaft **35**. The reciprocation of the

DTX 015, 6:7-14

mixer blade shaft from the rinse tank. As the cam sprocket **8** continues to rotate, the roller **78** passes off of the lobe **84** and follows the cam track **79** which allows the mixer motor assembly to slowly descend as the cutter blades engage the frozen substance. The amount of descent allowed to the mixing apparatus will be determined by the configuration of the cam track so as to allow the cutters to approach very closely the bottom of the milk shake container but not beyond. After the mixing blades have reached their lowest limit, the cam roller **78** begins to ride up on the lobe **85** to again raise the mixing assembly out of the finished milk shake.

DTX 015, 7:27-38



DTX 015, Fig. 3

DDX 10-132

# Invalidity: ’377 Patent
## *Obviousness Due to Tomlinson + Linscott*

## ’377 Patent, Claim 11

| Claim Limitation | Disclosed in Tomlinson + Linscott? |
|---|---|
| [11a] An apparatus for making frozen drinks from a frozen substance frozen into a cup, comprising: | ✓ |
| [11b] a housing; | ✓ |
| [11c] a cup support mounted to the housing; | ✓ |
| [11d] a rotatable blade assembly mounted within the housing; | ✓ |
| [11e] the blade assembly including shaving elements and aeration elements; and | ✓ |
| [11f] the blade assembly movable between upper and lower blade positions, the lower blade position being at a height such that when a cup is positioned in the cup support, the blade assembly is positioned within the cup and adjacent to the cup bottom. | ✓ |

# Invalidity: '150 Patent Based on *Obviousness*

| | *Primary* | | *Secondary* | | *Secondary* |
|---|---|---|---|---|---|
| **Farrell** | **Neilson** | | **Kelly** | | **Miller et al.** |
| U.S. 7,144,150 | U.S. 5,439,289 | | U.S. 4,740,088 | | U.S. 2002/0048626 A1 |
|  | | | | | |
| | = | | + | | + |
| **Filed** **Nov. 17, 2003** JTX 002 | Prior art: **Issued** **Aug. 8, 1995** DTX 016 | | Prior art: **Issued** **Apr. 26, 1988** DTX 005 | | Prior art: **Filed** **Aug. 15, 2001** **Pub.** **Apr. 25, 2002** DTX 008 |

DDX 10-134

# Invalidity: '150 Patent Based on *Obviousness*

## Neilson U.S. 5,439,289



US005439289A

**United States Patent** [19] **Neilson**

[11] **Patent Number: 5,439,289**
[45] **Date of Patent: Aug. 8, 1995**

[54] **APPARATUS FOR MIXING INGREDIENTS IN A RECEPTACLE**

[76] Inventor: **Jim L. Neilson**, 9205 Lime Crest Ct., Elk Grove, Calif. 95624

[21] Appl. No.: **267,452**

[22] Filed: **Jun. 28, 1994**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 42,519, Apr. 5, 1993, Pat. No. 5,328,263.

[51] **Int. Cl.**[6] .......... **B01F 7/32**; B01F 13/00
[52] **U.S. Cl.** .......... **366/207**; 366/206; 366/286; 366/347
[58] **Field of Search** .......... 366/197, 203, 206, 207, 366/240, 241, 242, 244, 245, 247, 249–252, 254, 255, 261, 347, 286

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 53,952 | 4/1866 | Cox | 366/247 |
| 1,691,843 | 11/1928 | Dehuff | 366/203 |
| 2,324,179 | 7/1943 | Srob | 366/206 |
| 2,431,298 | 11/1947 | Nichols | 366/197 |
| 4,547,076 | 10/1985 | Maurer | 366/244 |
| 4,671,172 | 6/1987 | Stiglich | 366/197 |
| 4,822,175 | 4/1989 | Barnard | 366/206 |
| 5,067,819 | 11/1991 | Heinhold | 366/197 |
| 5,150,967 | 9/1992 | Neilson et al. | 366/197 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1022796 | 3/1966 | United Kingdom | 366/197 |

*Primary Examiner*—David A. Scherbel
*Assistant Examiner*—Terrence R. Till
*Attorney, Agent, or Firm*—Thomas R. Lampe

[57] **ABSTRACT**

Apparatus for mixing ingredients in a receptacle includes a lid having an aperture which is engaged by the receptacle when the receptacle is raised. A mixer shaft extends downwardly through the lid aperture and the shaft is movable relative to both the lid and to the receptacle to permit a mixer head connected to the shaft to move downwardly and upwardly within the receptacle after the lid has engaged the receptacle.

**3 Claims, 11 Drawing Sheets**

DTX 016

United States Patent [19] Patent Number: 5,439,289
Neilson Date of Patent: Aug. 8, 1995

APPARATUS FOR MIXING INGREDIENTS IN A RECEPTACLE




DDX 10-135

# Invalidity: '150 Patent Based on *Obviousness*

## Kelly U.S. 4,740,088



United States Patent [19] Kelly, Jr.

[11] Patent Number: 4,740,088

[45] Date of Patent: Apr. 26, 1988

[54] SAFETY AND SANITARY SYSTEM IMPROVEMENTS FOR FROZEN CONFECTIONS BLENDING MACHINES

[76] Inventor: James J. Kelly, Jr., 100 S. Newtown St., Newtown Square, Pa. 19073

[21] Appl. No.: 925,901

[22] Filed: Nov. 3, 1986

[51] Int. Cl.⁴ ........ A23G 9/02; A23G 9/04; B01F 7/24

[52] U.S. Cl. ........ 366/138; 62/342; 99/452; 99/460; 366/203; 366/318; 366/347

[58] Field of Search ........ 99/348, 492, 452, 494, 99/460, 516, 517, 460; 426/518, 519; 425/206-209, 151, 135, 200, 182; 366/194-198, 203, 138, 204, 206, 207, 318, 212, 219, 279, 323, 140, 142, 247; 222/108, 63, 52, 413; 241/282.1; 62/342, 68

[56] References Cited

U.S. PATENT DOCUMENTS

4,448,114 5/1984 Mayer ........ 99/494
4,502,377 3/1985 Hall, Jr. ........ 99/494 X
4,506,988 3/1985 Reed ........ 366/203
4,548,054 10/1985 Levine ........ 62/342
4,548,508 10/1985 Verkler ........ 366/318
4,590,851 5/1986 Mayer ........ 99/455
4,590,852 5/1986 Mayer et al. ........ 366/318 X

Primary Examiner—Timothy F. Simone
Attorney, Agent, or Firm—Steele, Gould & Fried

[57] ABSTRACT

A frozen confections blending machine, especially for blending basic frozen comestibles with flavors of users' choices, whereby each end product may vary, in quick succession, from a previous one. To perform the there-for required change-over procedure, the subject improvements were introduced, including facilities for rapid, frequent and sanitary cleaning operations between product changes, such as a permanently built-in sink having drainage, protective shieldings against random soilage of the internal machine components and provisions for improved safety of machine operations of those parts which were not rendered safe by the sanitary improvements.

9 Claims, 2 Drawing Sheets



DTX 005



United States Patent [19] Kelly, Jr.

Patent Number: 4,740,088

Date of Patent: Apr. 26, 1988

SAFETY AND SANITARY SYSTEM IMPROVEMENTS FOR FROZEN CONFECTIONS BLENDING MACHINES






# Invalidity: ’150 Patent Based on *Obviousness*

## Kelly U.S. 4,740,088




Enclosure and cleaning nozzle(s)

> To complete the sanitary equipment, at least one spray device **56** is provided inside or about the enclosure **12**. Such a spray device **56** may be rotatable and tiltable and is, for example, adjustable in such a manner so as to clean the interior of the auger, the mixing cone and the entire interior. Such a spray device **56** may have a valve (not shown) operable by a handle **60** and a hose, or collar connection **62** to the local water supply line.

DTX 005, 4:13-20

DDX 10-137

# Invalidity: '150 Patent Based on *Obviousness*

## Miller et al. U.S. 2002/0048626 A1

(19) United States
(12) Patent Application Publication
Miller et al.

(10) Pub. No.: US 2002/0048626 A1
(43) Pub. Date: Apr. 25, 2002

(54) SLURRIED CONFECTION PREPARATION AND FLAVOR-INJECTED BLENDING SYSTEM AND METHOD

(76) Inventors: Eric R. Miller, Deland, FL (US); William Brown, Orlando, FL (US)

Correspondence Address:
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
225 South Orange Avenue, Suite 1401
P.O. Box 3791
Orlando, FL 32802-3791 (US)

(21) Appl. No.: 09/930,090

(22) Filed: Aug. 15, 2001

Related U.S. Application Data

(63) Continuation of application No. 09/532,482, filed on Mar. 22, 2000, now abandoned, which is a continuation of application No. 09/370,516, filed on Aug. 6, 1999, now patented, which is a continuation-in-part of application No. 09/097,111, filed on Jun. 12, 1998, now patented, which is a continuation of application No. 08/451,256, filed on May 26, 1995, now patented and which is a continuation of application No. 09/650,980, filed on Aug. 29, 2000, which is a continuation of application No. 09/114,611, filed on Jul. 13, 1998, now patented, which is a continuation of application No. 08/904,075, filed on Jul. 31, 1997, now patented, which is a continuation of application No. 08/695,238, filed on Aug. 8, 1996, now patented.

Publication Classification

(51) Int. Cl.[7] ..... A23L 1/00; B65B 55/00
(52) U.S. Cl. ..... 426/590; 426/565; 426/393; 426/524; 99/275

(57) ABSTRACT

Preparing a flavored confection includes using a disposable container of a neutral-flavored mix, which is transferred to a tempering freezer. The container is removed from the tempering freezer, and a selected syrup is pumped from a carton into the container for blending while the mix remains chilled. The syrup provides the selected flavor to the mix for serving within the disposable serving container. In another method, a flavored shake drink is prepared from the mix by dispensing flavored syrup through one of a plurality of dedicated nozzles, each in fluid communication with a corresponding solenoid control valve. A timer controls the valve open time to dispense a preselected amount of syrup. Switches are provided for doubling and halving the quantity of syrup for creating varying single-flavored and combination-flavored shakes. In addition to shielding around the blender spindle, a protective sleeve is placed within the cup for limiting splash during blending.

DTX 008






# Invalidity: ’150 Patent Based on *Obviousness*

## ’150 Patent, Claim 15

| Claim Limitation | Disclosed in Neilson + Kelly + Miller |
|---|---|
| [15a] On a mixing machine for mixing a liquid contained in a vessel having an opening, the mixing machine of a type including a rotatable mixing element extendable into the vessel for mixing the contents of the vessel, the improvement comprising: | |
| [15b] a rinse chamber in the mixing machine, the rinse chamber having an entrance and a door moveable to a closed position covering the entrance; | |
| [15c] a splash shield carried by the mixing machine, the splash shield positionable covering the opening of the vessel, and | |
| [15d] at least one nozzle coupled to a source of rinse fluid and oriented to direct rinse fluid onto the splash shield within the rinse chamber. | |

# Invalidity: '150 Patent Based on *Obviousness*

**[15a]** On a mixing machine for mixing a liquid contained in a vessel having an opening, the mixing machine of a type including a rotatable mixing element extendable into the vessel for mixing the contents of the vessel, the improvement comprising

## Neilson

APPARATUS FOR MIXING INGREDIENTS IN A RECEPTACLE

[57] ABSTRACT

Apparatus for mixing ingredients in a receptacle includes a lid having an aperture which is engaged by the receptacle when the receptacle is raised. A mixer shaft extends downwardly through the lid aperture and the shaft is movable relative to both the lid and to the receptacle to permit a mixer head connected to the shaft to move downwardly and upwardly within the receptacle after the lid has engaged the receptacle.

DTX 016, Abstract




DTX 016, Fig. 1

FIG._6A FIG._6B FIG._6C FIG._6D FIG._6E FIG._6F

DTX 016, Fig. 6

# Invalidity: ’150 Patent Based on *Obviousness*

**[15a]** On a mixing machine for mixing a liquid contained in a vessel having an opening, the mixing machine of a type including a rotatable mixing element extendable into the vessel for mixing the contents of the vessel, the improvement comprising

## Kelly




DTX 005, Fig. 1

# Invalidity: ’150 Patent Based on *Obviousness*

**[15b]** a rinse chamber in the mixing machine, the rinse chamber having an entrance and a door moveable to a closed position covering the entrance




***“rinse chamber” – defined by the Court:***

1. The term “**rinse chamber**” in the ‘150 patent is construed to mean “an enclosure in which a rinse apparatus is positioned to provide rinsing.”[2]

Claim Construction Order (D.I. 83) at 1

# Invalidity: '150 Patent Based on *Obviousness*

**[15b]** a rinse chamber in the mixing machine, the rinse chamber having an entrance and a door moveable to a closed position covering the entrance

## Kelly





DTX 005

Referring now to FIG. **1**, the frozen confections blending machine **10**, hereinafter called the machine, presents in front view the basic elements including those constituting individual improvements and jointly those of the entire machine **10**. The machine **10** is inside an enclosure **12** of a durable material having a routinely and continuously washable material on all of its interior surfaces. A door **14** having a joint **15** at one of its sides, as indicated in FIG. **2**, is mounted permanently on the front side of the enclosure **12**. When the door is open, it allows for its cleaning together with all other interior component parts through other improvements described later on in this disclosure. To service or repair the machine **10**, said door **14** remains in the open position. When in this position, the door can be cleaned individually.

DTX 005, 2:39-54

# Invalidity: ’150 Patent Based on *Obviousness*

**[15b]** a rinse chamber in the mixing machine, the rinse chamber having an entrance and a door moveable to a closed position covering the entrance

## Combining Neilson and Kelly



# Invalidity: '150 Patent Based on *Obviousness*

**[15c]** a splash shield carried by the mixing machine, the splash shield positionable covering the opening of the vessel

## Neilson

Receptacle 14, when positioned on platform 12, is disposed under a lid 16 having a top wall 18. A tapered wall having a circular cross section extends downwardly from top wall 18 and is designated by reference numeral 20. Tapered wall 20 has a lower rim 22 which is of a size and configuration corresponding to the top of the receptacle 14. That is, the rim 22 of lid 16 will engage the receptacle side wall when the lid and receptacle are axially aligned and brought into engagement. A recess 24 is defined by the top wall and tapered wall of the lid.

DTX 016, 3:1-11




DTX 016

FIG._6A FIG._6B FIG._6C FIG._6D FIG._6E FIG._6F

DTX 016

# Invalidity: ’150 Patent Based on *Obviousness*

**[15d]** at least one nozzle coupled to a source of rinse fluid and oriented to direct rinse fluid onto the splash shield within the rinse chamber

## Kelly




DTX 005, Fig. 2

DTX 005, Fig. 1

# Invalidity: ’150 Patent Based on *Obviousness*

**[15d]** at least one nozzle coupled to a source of rinse fluid and oriented to direct rinse fluid onto the splash shield within the rinse chamber

## Combining Neilson and Kelly




DDX 10-147

# Invalidity: ’150 Patent
# Based on *Obviousness*

**[15d]** at least one nozzle coupled to a source of rinse fluid and oriented to direct rinse fluid onto the splash shield within the rinse chamber

> To complete the sanitary equipment, at least one spray device **56** is provided inside or about the enclosure **12**. Such a spray device **56** may be rotatable and tiltable and is, for example, adjustable in such a manner so as to clean the interior of the auger, the mixing cone and the entire interior. Such a spray device **56** may have a valve (not shown) operable by a handle **60** and a hose, or collar connection **62** to the local water supply line.

DTX 005, 4:13-20



**Neilson + Kelly (single nozzle)**



**Neilson + Kelly (multiple nozzles)**

# Invalidity: '150 Patent Based on *Obviousness*

**[15d]** at least one nozzle coupled to a source of rinse fluid and oriented to direct rinse fluid onto the splash shield within the rinse chamber

## Miller

**[0055]** Yet again with reference to **FIG. 17**, **a** water supply or sterilizing solution is dispensed through the valve **127** for delivery of the sterilizing solution or fresh water through a dedicated nozzle **129** for flushing and cleaning the spindle **114** after each use in preparing a flavored shake. A switch **134** carried by the housing **110** activates the valve **127** for permitting the sterilizing solution to be dispensed through the nozzle **129** for cleaning the spindle **114**, as illustrated with reference to **FIG. 18**. As further illustrated with refer-

DTX 008, ¶ 0055

DTX 008



**Miller *reinforces* nozzle usage**

DDX 10-149

# Invalidity: ’150 Patent Based on *Obviousness*

## ’150 Patent, Claim 15

| Claim Limitation | Disclosed in Neilson + Kelly + Miller |
|---|---|
| [15a] On a mixing machine for mixing a liquid contained in a vessel having an opening, the mixing machine of a type including a rotatable mixing element extendable into the vessel for mixing the contents of the vessel, the improvement comprising: | ✓ |
| [15b] a rinse chamber in the mixing machine, the rinse chamber having an entrance and a door moveable to a closed position covering the entrance; | ✓ |
| [15c] a splash shield carried by the mixing machine, the splash shield positionable covering the opening of the vessel, and | ✓ |
| [15d] at least one nozzle coupled to a source of rinse fluid and oriented to direct rinse fluid onto the splash shield within the rinse chamber. | ✓ |

DDX 10-150

# Invalidity: ’150 Patent Based on *Obviousness*

## ’150 Patent, Claim 20

| Claim Limitation | Disclosed in Neilson + Kelly + Miller |
| --- | --- |
| 20. The improvement of claim 15, wherein the at least one nozzle is oriented to direct rinse fluid onto the mixing element. | |

# Invalidity: '150 Patent Based on *Obviousness*

**20.** The improvement of claim 15, wherein the at least one nozzle is oriented to direct rinse fluid onto the mixing element.

## Miller

**[0055]** Yet again with reference to **FIG. 17**, **a** water supply or sterilizing solution is dispensed through the valve **127** for delivery of the sterilizing solution or fresh water through a dedicated nozzle **129** for flushing and cleaning the spindle **114** after each use in preparing a flavored shake. A switch **134** carried by the housing **110** activates the valve **127** for permitting the sterilizing solution to be dispensed through the nozzle **129** for cleaning the spindle **114**, as illustrated with reference to **FIG. 18**. As further illustrated with refer-

DTX 008, ¶ 0055




DTX 008



# Invalidity: ’150 Patent Based on *Obviousness*

## ’150 Patent, Claim 20:

| Claim Limitation | Disclosed in Neilson + Kelly + Miller |
|---|---|
| 20. The improvement of claim 15, wherein the at least one nozzle is oriented to direct rinse fluid onto the mixing element. | ✓ |

# Invalidity: ’150 Patent Based on *Obviousness*

## ’150 Patent, Claim 22

| Claim Limitation | Disclosed in Neilson + Kelly + Miller |
|---|---|
| 22. The improvement of claim 15, wherein the splash shield is of sufficient mass to retain the vessel within the holder during relative movement of the mixing element and vessel in opposite directions. | |

# Invalidity: ’150 Patent Based on *Obviousness*

**22.** The improvement of claim 15, wherein the splash shield is of sufficient mass to retain the vessel within the holder during relative movement of the mixing element and vessel in opposite directions.

*assuming additional parts can be considered for* ***“sufficient mass”***

## Neilson

> Lid **16** is connected to and supported by a cylindrically-shaped lid support element **26** which is mounted for reciprocal up and down movement within an enlargement **28** comprising part of the housing **10**. Up and down movement of the lid support element **26** and the lid **16** is effected by a crank arm **30** affixed to a cap **32** which in turn is affixed to lid support element **26**. The upper end of crank arm **30** is connected to a stub shaft **34** on a rotatable gear or drive element **36** driven by a gear mounted on the drive shaft of electric motor **38** through an intermediate gear. It will be appreciated that the aforedescribed mechanism operates as an eccentric drive which will move the lid **16** relative to the support from an elevated position (shown in FIGS. 1, 6A, and 6F) wherein the lid is not in engagement with receptacle **14** to a lower position (shown in FIGS. 3A and 3B, for example) wherein the lid engages the receptacle to close the receptacle opening at the top of the receptacle.

DTX 016 3:12-29




DTX016 Fig. 1




DTX016 Fig. 6

DDX 10-155

# Invalidity: ’150 Patent Based on *Obviousness*

**22.** The improvement of claim 15, wherein the splash shield is of sufficient mass to retain the vessel within the holder during relative movement of the mixing element and vessel in opposite directions.

*assuming additional parts can be considered for* ***“sufficient mass”***

## ’150 Patent, Claim 22:

| Claim Limitation | Disclosed in Neilson + Kelly + Miller |
|---|---|
| **22. The improvement of claim 15, wherein the splash shield is of sufficient mass to retain the vessel within the holder during relative movement of the mixing element and vessel in opposite directions.** | ✓ |

DDX 10-156