# EXHIBIT I

| | |
|---|---|
| **From:** | Silverstein, Brianna L. |
| **To:** | Foster Jr., William S.; Chambers, Guy W. |
| **Cc:** | rsmith@mnat.com; mflynn@mnat.com; Liu, Ellen P.; "Timothy Nieman" (tnieman@rhoads-sinon.com); DiGiovanni, Francis; Rahmeier, Thatcher; Moore, David E.; Palapura, Bindu A. |
| **Subject:** | f"real Foods LLC v. Hamilton Beach Brands, Inc., No. 1:16-cv-00041-GMS (D. Del.) |
| **Date:** | Wednesday, December 6, 2017 1:38:32 PM |

Counsel:

Please find a production from Hamilton Beach bearing the Bates nos. HBBF0013236 - HBBF0049692 at the following link: https://tritura.sharefile.com/d-sf2bbd0f81394bcc9

Please note that this production contains documents that have been designated CONFIDENTIAL and HIGHLY CONFIDENTIAL pursuant to the Protective Order, and thus is password-protected. I will send an email directly following this email with the password.

Please feel free to contact me if you have any issues accessing the production. The link is available for 14 days.

Regards,

Brianna

Brianna L. Silverstein
**Drinker Biddle & Reath LLP**
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 230-5136 *office*
(202) 842-8465 *fax*
Brianna.Silverstein@dbr.com
www.drinkerbiddle.com

*****************************************
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
*****************************************
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
*****************************************