# EXHIBIT J

# WORLD OF DQ

Nov. / Dec. 2017



## Innovation
### Our Most Powerful Asset



NOT CONFIDENTIAL

HBBF0013236

## TEAMING UP WITH TECHNOLOGY
### Integrated Technology Platform

### What is it?
The *DQ*® Integrated Technology Platform (ITP) is anchored by a new EPOS system that integrates a new mobile application. The new mobile application offers a variety of ways for franchisees to interact with fans including mobile notifications and coupons, and mobile ordering capability. The EPOS system also features a new back office application that greatly enhances labor and inventory management.

### Why is it important?
To compete with other QSR brands, the entire *DQ* system needs to explore and embrace technology tools that help ensure we can better service our fans, while also making business management more efficient. ITP is one such tool and is positioned to evolve and grow with the needs of both franchisees and fans.

### When will it be implemented?
American Dairy Queen (ADQ) Corporation is actively testing the ITP platform now, and will continue to do so into 2018.

### Where can I see it?
See aspects of the ITP platform at the 2018 *DQ* Expo. Be sure to visit the technology area in the exhibit hall and, also, register for the ITP related Franchisee Enrichment sessions: *1) CrunchTime Back Office Application – New Tools to Drive Your Business and Profitability*, or; *2) Meet Your Fans Where They Are – Meet the New DQ Mobile App*.

## SUCCEEDING ON SERVICE
### Focusing on Fan Experience

### What is it?
The experiences fans have when they interact with the *DQ* brand is what we call the *DQ* Fan Experience.

### Why is it important?
There is no greater way to improve sales than to understand and meet the needs of customers. But these needs have changed greatly in recent years and our competition has increased. Focusing on improving the *DQ* Fan Experience is one of the best ways to ensure fan loyalty, bring in more fans and keep the brand relevant well into the future.

### When will it be available?
The Fan Experience team, comprised of corporate staff and franchisees, was created and charged with examining all the different customer touchpoints. Several specific Fan Experience initiatives have already been launched such as the Spring 2017 Fan Experience Workshops. Other initiatives are in process or in pilot and more are set to be launched soon. You can track the progress of Fan Experience on the Franchisee Hub.

### Where can I see it?
Be sure to sign up for the *Becoming the Employer of Choice* and the *Satisfaction Guarantee* Franchisee Enrichment sessions at the 2018 *DQ* Expo. In addition, don't miss the general session that will feature an interactive Fan Experience presentation. Finally, the all new Fan Experience pavilion in the *DQ* Expo exhibit hall is sure to help you focus on improving your connections with fans. Be sure to also take part in the short, but focused, Fan Experience Power Performance sessions that will be available right in the exhibit hall.

## EVOLVING EQUIPMENT
### Hands-Free Blizzard® Machine and Nieco AB63 Autonomous Broiler

### What is it?
Hands-free *Blizzard* Machine by Hamilton Beach.

### Why is it important?
The *Blizzard* Treat is one of the *DQ* system's best-selling products. The new Hands-Free *Blizzard* machine by Hamilton Beach provides a new and better way to make this delicious *DQ* favorite.

The new machine allows operators to maximize crew efficiency by freeing up crew members to complete other parts of orders. The machine also provides optimized mixing every time and automatic rinsing. This means every *Blizzard* Treat made by the Hands-Free *Blizzard* Machine is consistent, safe to eat, looks great and tastes delicious.

Finally, the new machine is much quieter than current machines. Less noise means both the work environment and the atmosphere of your *DQ* restaurant are much more enjoyable.

### Where can I see it?
Learn more about the Hands-Free *Blizzard* Machine on the Franchisee Hub. Just go to the Hub and type in Hands-Free *Blizzard* Machine. The new machine will also be on display in the reinvestment area of the 2018 *DQ* Expo exhibit hall and at the Hamilton Beach booth.

### What is it?
Nieco AB63 Autonomous Broiler

### Why is it important?
The Nieco AB63 Autonomous Broiler has new automation features not available in a broiler before now. These features are meant to save time and labor while also supporting the high food quality and safety standards expected of the *DQ* brand.

The new broiler offers a unique auto feed feature with a remote control touchscreen so that crew members can add patties when needed. Patties can always be delivered hot and freshly made. Additionally, the broiler has sensors that can measure the temperature of each patty to ensure each burger is safe to eat.

The Nieco AB63 Autonomous Broiler is HACCP compliant, meaning that it meets rigorous food safety requirements set by the U.S. government.

### When will it be available?
Testing of the Nieco AB63 Broiler began in the Fall of 2017 and will continue into 2018.

### Where can I see it?
Nieco's AB63 Autonomous Broiler will be at the 2018 *DQ* Expo. Attendees will find it in the reinvestment area of the exhibit hall and at the Nieco booth.

## DELIVERING THROUGH DESIGN
### DQ Concept Kitchen

### What is it?
The *DQ* Concept Kitchen is the result of a collaboration between the *DQ* system and Duke Manufacturing. It's a step in making *DQ* kitchens more efficient and responsive to the needs of today's *DQ* crews and fans.

### Why is it important?
Current store kitchens were designed to make and deliver different food items than what *DQ* restaurants offer today. More efficiently designed kitchens can promote more value for franchisees by potentially limiting labor needs and increasing quality production.

### When will it be available?
Testing of the new *DQ* Concept Kitchen has started and will continue into 2018.

### Where can I see it?
Walk through the new *DQ* Concept Kitchen design in the reinvestment area of the 2018 *DQ* Expo exhibit hall.

NOT CONFIDENTIAL    HBBF0013237



# Around the Industry

### Wendy's
- Plans to roll out more self-service kiosks in their restaurants and develop mobile ordering. The kiosks are intended to appeal to younger customers and reduce labor costs. Kiosks also provide the company with data about customers. Kiosks already have been installed at several central Ohio locations, where the company first tested the technology.

### Panera Bread
- Revamped their kids' menu and now offers almost 250 "clean combinations" of menu items, none of which have any artificial ingredients.
- As a part of the launch of their new kids' menu, Panera Bread's CEO, Ron Shaich, challenged other quick-service restaurants to eat three daily meals off of their own restaurant's kids' menus for an entire week.

### Little Caesar's
- Announced they will provide a new service called the *Pizza Portal*. When customers place a pickup order through the Little Caesar's app, they receive a PIN or QR code. When they pick up their order, it will be in a vending machine that they unlock with their PIN or QR code. They can then take their order and leave. The company expects this new technology to streamline the order-ahead process.

### McDonald's
- Made their Happy Meals slightly healthier, by replacing Minute Maid apple juice with Honest Kids organic apple juice, which has less calories and sugar.
- Will upgrade 2,500 restaurants with self-order kiosks, mobile ordering, table-locating technology and curbside pickup.
- Replaced WiFi with a fibre network in restaurants in Australia.

### Burger King
- Introduced *The Whopper Bus* in Brussels, Belgium. This bus line crosses most of the city and picks up people and takes them to the town's Burger King restaurant.
- Renovated an Ontario restaurant with double drive-thru lanes that are accessible from two of the streets that boarder the building. The restaurant is also creating a "garden grill interior," which features wood and greenery, making a warmer visual tone inside the restaurant.
- Introduced a new loyalty program in Russia that allows customers to earn points toward a free burger. The program is called *Whoppercoin*.



NOT CONFIDENTIAL HBBF0013238