# EXHIBIT Q

| | |
|---|---|
| **From:** | Rahmeier, Thatcher |
| **To:** | Silverstein, Brianna L.; dmoore@potteranderson.com; michael.flynn@MNAT.com; DiGiovanni, Francis; sobyrne@potteranderson.com; Foster Jr., William S.; wboak@barley.com; tfrench@barley.com; smyirski@barley.com; eliu@sideman.com; eliu@sideman.com; Foster Jr., William S.; Vorrasi, Kenneth M.; gchambers@sideman.com; gchambers@sideman.com; Pannebaker, Molly |
| **Cc:** | Nagle, Pam |
| **Subject:** | RE: f"real Foods, LLC v. Hamilton Beach Brands, Inc., C.A. No. 16-41 (D. Del.) |
| **Date:** | Thursday, June 21, 2018 6:19:03 PM |

Counsel,

The link to the production referenced on today's call is below.   The bates range is HBBF0171453 - HBBF0171507, and they are designated Highly Confidential.

https://tritura.sharefile.com/d-s81c1c06d26b4b6f9

The password will be sent separately.

-Thatcher

Thatcher A. Rahmeier
**Drinker Biddle & Reath** LLP
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801-1621
(302) 467-4211 *office*
Thatcher.Rahmeier@dbr.com
www.drinkerbiddle.com

---

**From:** Silverstein, Brianna L.
**Sent:** Friday, March 30, 2018 11:33 AM
**To:** bpalapura@potteranderson.com; dmoore@potteranderson.com; michael.flynn@MNAT.com; DiGiovanni, Francis <Francis.DiGiovanni@dbr.com>; rhorwitz@potteranderson.com; RSmith@MNAT.com; sobyrne@potteranderson.com; Foster Jr., William S. <William.Foster@dbr.com>; wboak@barley.com; tfrench@barley.com; smyirski@barley.com; eliu@sideman.com; eliu@sideman.com; Vorrasi, Kenneth M. <Kenneth.Vorrasi@dbr.com>; Rahmeier, Thatcher <Thatcher.Rahmeier@dbr.com>; gchambers@sideman.com; gchambers@sideman.com; Pannebaker, Molly <MPannebaker@barley.com>
**Cc:** Nagle, Pam <Pam.Nagle@dbr.com>
**Subject:** f'real Foods, LLC v. Hamilton Beach Brands, Inc., C.A. No. 16-41 (D. Del.)

Counsel:

Attached please find Defendant Hamilton Beach Brands, Inc.'s Response to Plaintiffs' Second Set of Interrogatories.  Please note that these have been designated HIGHLY CONFIDENTIAL pursuant to the Protective Order.

Additionally, please find a production from Hamilton Beach bearing the Bates nos. HBBF0120234 to HBBF0120387 at the following link: https://tritura.sharefile.com/d-s82cc94117ac4d918

Please note that this production contains documents that have been designated CONFIDENTIAL and

HIGHLY CONFIDENTIAL pursuant to the Protective Order, and thus is in a password-protected zip file.  I will send an email directly following this email with the password.

Please feel free to contact me if you have any issues accessing the file.

Regards,

Brianna

Brianna L. Silverstein
**Drinker Biddle & Reath LLP**
1500 K Street, N.W.
Washington, DC 20005-1209
(202) 230-5136 *office*
(202) 842-8465 *fax*
Brianna.Silverstein@dbr.com
www.drinkerbiddle.com