IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| F'REAL FOODS, LLC and RICH PRODUCTS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HAMILTON BEACH BRANDS, INC. and HERSHEY CREAMERY COMPANY,<br><br>Defendant. | Civil Action No. 16-41-CFC |

## ORDER

At Wilmington this 16th day of July in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for a Permanent Injunction and Recall (D.I. 287) is **GRANTED IN PART AND DENIED IN PART**.

IT IS FURTHER ORDERED THAT:

  1. Defendants and their agents, servants, officers, directors, employees, affiliated entities, and all persons in active concert or participation with them are enjoined from infringing f'real's U.S. Patent Nos. 7,144,150 and 7,520,658, by the commercial manufacture, use, sale, or offer to sell within the United States, or importation into the United States, of the MIC2000 blenders prior to the expiration of f'real's self-cleaning blender patents.

2. Within 30 days of this Order, Defendants must recall all MIC2000 blenders used in Hershey's Shake Shop Express program. Defendants shall, within 30 days of this Order, certify to the Court that the mandatory recall has been completed and that all MIC2000 blenders have been accounted for.

3. The Court will retain jurisdiction over this action and the parties to the extent necessary to enforce this Order.

_____
COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE